**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-23-0000103
08-MAY-2024
07:54 AM
Dkt. 37 OAWST**

NO. CAAP-23-0000103

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR
CITIGROUP MORTGAGE LOAN TRUST INC., MORTGAGE-BACKED NOTES,
SERIES 2005-11, Plaintiff-Appellant, v.
HOWARD E. GREENBERG; DENISE C. GREENBERG; WELLS FARGO BANK N.A.;
KE ALIʻI KAI ASSOCIATION, INC., Defendants-Appellees, and
JOHN AND MARY DOES 1-20; DOE PARTNERSHIPS, CORPORATIONS, OR
OTHER ENTITIES 1-20, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CIVIL NO. 2CC161000554)

ORDER APPROVING STIPULATION TO DISMISS APPEAL
(By: Hiraoka, Presiding Judge, Nakasone and McCullen, JJ.)

Upon consideration of the Stipulation for Dismissal with Prejudice of Notice of Appeal Filed March 3, 2023 (Stipulation), filed May 3, 2024, by Defendants-Appellees Howard E. Greenberg and Denise C. Greenberg, the papers in support, and the record, it appears that (1) the appeal has been docketed; (2) under Hawaiʻi Rules of Appellate Procedure Rule 42(b), the parties stipulate to dismiss the appeal with prejudice and bear their own attorneys' fees and costs on appeal; and (3) the Stipulation is signed by counsel for all parties appearing in the appeal.

Therefore, IT IS HEREBY ORDERED that the Stipulation is approved and the appeal is dismissed with prejudice.  The parties shall bear their own attorneys' fees and costs on appeal.

DATED:  Honolulu, Hawaiʻi, May 8, 2024.

/s/ Keith K. Hiraoka
Presiding Judge

/s/ Karen T. Nakasone
Associate Judge

/s/ Sonja M.P. McCullen
Associate Judge